# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
November 28, 2022

Lyle W. Cayce
Clerk

No. 22-40265
Summary Calendar

United States of America,

*Plaintiff—Appellee*,

*versus*

Fernando Perez-Gomez,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:20-CR-64-3

Before Jones, Haynes, and Oldham, *Circuit Judges*.

Per Curiam:*

The attorney appointed to represent Fernando Perez-Gomez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Perez-Gomez has filed a response and a motion to compel

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 22-40265

his previous counsel to provide his case file. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Perez-Gomez's response and motion. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2. Perez-Gomez's motion is DENIED.